#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### ALBANY DIVISION

| | |
|---|---|
| TERESA MITCHELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:23-CV-189 (LAG) |
| : | |
| EARLY COUNTY SCHOOL DISTRICT, : | |
| and BRONWYN RAGAN-MARTIN, IN : | |
| HER OFFICIAL CAPACITY AS A : | |
| FORMER SUPERINTENDENT OF THE : | |
| EARLY COUNTY SCHOOL DISTRICT : | |
| AND AS AN INDIVIDUAL, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

Before the Court is the Parties' Joint Motion for Order for Stay to Mediate (Joint Motion). (Doc. 17). Therein, the Parties request a stay of "all pretrial proceedings in this matter, including the completion of discovery, submission [of] dispositive motions, submission of a pretrial order and attendance at a pretrial conference, pending mediation by the Parties." (*Id.* at 1). The Parties represent they "have agreed to pursue mediation and are hoping to schedule a mediation in the very near future." (*Id.* at 2). The Parties "believe that a mediation at this time will allow them to resolve this case and serve both judicial economy and judicial efficiency and preserve judicial resources." (*Id.* at 3). For good cause shown, the Parties' Joint Motion (Doc. 17) is **GRANTED.** Accordingly, all deadlines and proceedings in this matter are **STAYED** pending the Parties' mediation. The Parties are **ORDERED** to file a status update with the Court **fourteen (14) days** after the mediation

or by **Thursday, November 6, 2025**, whichever occurs first. If a settlement is not reached, the status update shall include a revised proposed scheduling order.

   **SO ORDERED**, this 6th day of August, 2025.

            <u>/s/ Leslie A. Gardner</u>
            **LESLIE A. GARDNER, CHIEF JUDGE**
            **UNITED STATES DISTRICT COURT**